UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Nos. 3:11-00012 & 3:11-00194 |
| | ) | JUDGE CAMPBELL |
| CHARLES HOUSTON MOUNT, JR. | ) | |

ORDER

Pending before the Court is the Defendant's Motion For Extension Of Time. Through the Motion, the Defendant requests that both parties be given an extension of time, until July 21, 2015, in which to file any supplemental briefs in this matter. The Motion is GRANTED.

It is so ORDERED.

*（signature）*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE